UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:09-CV-13-M

SARAH E. CONDIFF                                                                            PLAINTIFF

v.          **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

HART COUNTY BOARD OF EDUCATION,
HART COUNTY SCHOOL DISTRICT
AND RICKY LINE, Individually and in his
official capacity as Superintendent of the
Hart County Board of Education                                                       DEFENDANTS

The defendants, by counsel, request entry of summary judgment dismissing the claims against them pursuant to Fed.R.Civ.P. 56. As grounds for this motion, the defendants state that there is no genuine issue as to any material fact and they are entitled to judgment as a matter of law for the reasons set forth in the memorandum in support of this motion which is filed of even date herewith and is incorporated herein by reference.

WHEREFORE, the defendants request entry of summary judgment dismissing the complaint against them with prejudice at the cost of the plaintiff.

> ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
> 1101 College Street, P. O. Box 770
> Bowling Green, Kentucky 42102-0770
> Telephone: (270) 781-6500
> Fax: (270) 782-7782
> mowsley@elpolaw.com
> cpriest@elpolaw.com
> Attorneys for Defendants
>
> /s/ *W. Cravens Priest III*
> MICHAEL A. OWSLEY
> W. CRAVENS PRIEST III

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to the following:

Charles W. Miller
Waterfront Plaza, Suite 2104
325 West Main Street
Louisville, KY 40202
cmiller@bellsouth.net

/s/ *W. Cravens Priest III*
W. CRAVENS PRIEST III