UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:09-CV-13-M

SARAH E. CONDIFF                                                                                  PLAINTIFF

v.

**PLAINTIFF'S NOTICE OF OPINION OF THE UNITED STATES SUPREME COURT IN**
***THOMPSON V. NORTH AMERICAN STAINLESS, LP* AS LEGAL PRECEDENT THAT**
**SUPPORTS PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT.**

HART COUNTY BOARD OF EDUCATION,
HART COUNTY SCHOOL DISTRICT
AND RICKY LINE, Individually and in his
official capacity as Superintendent of the
Hart County Board of Education                                                             DEFENDANTS

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Comes the Plaintiff, Sarah E. Condiff, by counsel, and hereby provides notice to this Court of the United States Supreme Court's opinion in Thompson v. North American Stainless, LP, 562 U.S. ____ (2011) issued on Monday, January 24, 2011, as precedent that supports Plaintiff's arguments regarding the viability of third-party retaliation claims under Title IX set forth in her response to Defendants' motion for summary judgment.  See [Doc. 25].  A copy of the above-referenced opinion is attached hereto for consideration by the Court.

Respectfully submitted,

    /s/    Charles W. Miller
Charles W. Miller
**MILLER & FALKNER**
Waterfront Plaza, Suite 2104
325 West Main Street
Louisville, KY 40202
(502) 583-2300
**COUNSEL FOR PLAINTIFF**

1

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing was filed electronically this 25th day of January 2011.  Notice of this filing will be sent electronically through the Court's electronic filing system to the following:


Michael A. Owsley, Esq.
W. Cravens Priest, III, Esq.
**ENGLISH, LUCAS, PRIEST & OWSLEY, LLP**
1101 College Street
P.O. Box 770
Bowling Green, KY  42102-0770
**COUNSEL FOR DEFENDANTS**

                    /s/   Charles W. Miller
                    Charles W. Miller