UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:09-CV-13-M

SARAH E. CONDIFF                                                                                            PLAINTIFF

v.                                            **RESPONSE TO NOTICE OF FILING**

HART COUNTY BOARD OF EDUCATION,
HART COUNTY SCHOOL DISTRICT
AND RICKY LINE, Individually and in his
official capacity as Superintendent of the
Hart County Board of Education                                                                  DEFENDANTS

      The Plaintiff has filed a Notice of Filing (Dkt. # 27) citing the recent U.S. Supreme Court case of Thompson v. North American Stainless, LP, 2011 WL 197638 (2011) in support of her claim of third-party retaliation. In brief response, the defendants state that Thompson is distinguishable on its facts because in that case both the person who complained of gender discrimination and the third party who was allegedly retaliated against were employees of North American Stainless, LP. In the instant case, by contrast, the person who made the charge of sexual harassment was the plaintiff's husband, a non-employee of the Hart County School System.

      The Defendants would also point out that the discussion of a claim of third party retaliation is irrelevant to the instant case because there was no discrimination against the plaintiff by the Defendants for three simple reasons: (1) the Plaintiff has alleged no policy or practice of the Hart County Board of Education or the Hart County School District that resulted in discrimination against her; in the absence of such policy or practice these entities have no liability because they cannot be held liable on the basis of *respondeat superior*, (2) Defendant Line did not discriminate against the Plaintiff when he terminated her employment because that

1

termination occurred pursuant to a policy in effect since 1998 of terminating the employment of all non-tenured teachers at the end of each school year, and (3) Defendant Line did not discriminate against the Plaintiff by not hiring her after her employment was terminated because Defendant Line did not have the authority to make the determination whether the Plaintiff would be hired – the School Based Decision Making Council of each school made that decision.

    Respectfully submitted.

                        ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
                        1101 College Street, P. O. Box 770
                        Bowling Green, Kentucky 42102-0770
                        Telephone: (270) 781-6500
                        Fax: (270) 782-7782
                        mowsley@elpolaw.com
                        cpriest@elpolaw.com

                        Attorneys for Defendants

                        */s/ W. Cravens Priest III*
                        MICHAEL A. OWSLEY
                        W. CRAVENS PRIEST III

958914

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 25, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to the following:

Charles W. Miller
Waterfront Plaza, Suite 2104
325 West Main Street
Louisville, KY 40202
cmiller@bellsouth.net

                                                      */s/ W. Cravens Priest III*
                                                      W. CRAVENS PRIEST III

958914